RUSCH FACTORS, INC., Appellant, v. AETNA CASUALTY & SURETY COMPANY et al., Defendants-Respondents and Interpleading Plaintiffs-

Respondents. PRINCESS HANDBAG CO., INC., et al., Interpleaded Defendants-Respondents.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Tilzer, JJ.